IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTON CALHOUN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN D. MCCARTHY, in his official capacity as Secretary of the Army, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:19-cv-03744-EGS |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Walter Calhoun, Edward Cowen, John Doe, and National Veterans Legal Services Program (collectively, "Plaintiffs"), by and through their counsel, hereby dismiss without prejudice this action against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party shall bear its own costs and fees, including all attorney fees.

[*signature page follows*]

.

Dated: January 30, 2023                     Respectfully submitted,

   /s/  John ("Jay") Jurata, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
John ("Jay") Jurata, Jr. (D.C. # 478602)
Shane McCammon (D.C. # 1659266)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
T: (202) 339-8400
F: (202) 339-8500
jjurata@orrick.com
smccammon@orrick.com

Matthew D. LaBrie (*pro hac vice*)
222 Berkeley Street, Suite 2000
Boston, MA 02116
T: (617) 880-1800
F: (617) 880-1801
mlabrie@orrick.com

Rene Kathawala (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
T: (212) 506-5000
F: (212) 506-5151
rkathawala@orrick.com

Frank N. Zalom (*pro hac vice*)
400 Capitol Mall, 30th Floor
Sacramento, CA 95814-4497
T: (916) 447-9200
F: (916) 329-4900
fzalom@orrick.com

NATIONAL VETERANS LEGAL SERVICES PROGRAM
Barton F. Stichman (D.C. # 218834)
Rochelle Bobroff (D.C. # 420892)
1600 K Street, N.W., Suite 500
Washington, DC 20006-2833
T: (202) 621-5677
F: (202) 328-0063
bart@nvlsp.org
rochelle@nvlsp.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of January 2023, a true and correct copy of the foregoing notice was served via CM/ECF upon counsel of record.

/s/ John ("Jay") Jurata, Jr.
John ("Jay") Jurata, Jr., Esq.
